Adam E. Hauf, State Bar #026702
Hauf Law Plc
4225 W Glendale Ave, Suite A104
Phoenix, AZ 85051
P: 623.252.0742 F: 623.321.2310
Admin@Hauflaw.Com
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | **Case No. 2:16-bk-10950-MCW** |
| **BRYAN HEATH**<br>**KERRY HEATH** | **In Proceedings Under Chapter 13** |
| | **RESPONSE AND OBJECTION TO**<br>**TRUSTEE'S LODGED DISMISSAL**<br>**ORDER** |
| Debtors. | |

Debtors, by and through the counsel undersigned, hereby respond and object to the Chapter 13 Trustee's lodged Dismissal Order. Debtors are circulating a proposed stipulated order confirming their Chapter 13 plan ("SOC") to the objecting creditor Bank of America and hope to submit the SOC, along with the information and documentation requested in the Trustee's Recommendations, within five (5) days.

**WHEREFORE**, the Debtor respectfully request that the Court deny the Chapter 13 Trustee's January 25, 2017, lodged Dismissal Order.

**RESPECTFULLY SUBMITTED** this the 25th day of January, 2017.

/s/Adam E. Hauf
Adam E. Hauf, Esq.

Copy of the foregoing mailed this
25th day of January, 2017, to the following
parties:

1

1

2 Edward J. Maney, Chapter 13 Trustee
101 N. First Ave., Suite 1775
3 Phoenix AZ 85003

4 By: Max Burnett

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2